THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 D'el Jvon
 Grant, Appellant.
 
 
 
 
 

Appeal From Charleston County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2010-UP-388
 Submitted August 2, 2010  Filed August
25, 2010

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:   D'el Jvon Grant appeals his two murder
 convictions.  Grant argues the trial court erred in allowing a witness to testify
 that he promised to tell the truth as a part of his agreement with the State because
 it impermissibly bolstered his credibility.  Grant also filed a pro se brief,
 arguing the trial court erred in failing to grant his motion for a directed
 verdict.  After a thorough review of the
 record, counsel's brief, and Grant's pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Grant's appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED.
FEW, C.J., KONDUROS and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.